FLO & EDDIE, INC., a California Corporation, Individually and on Behalf of All Others Similarly Situated, Respondent, v SIRIUS XM RADIO, INC., a Delaware Corporation, Appellant, et al., Defendants.

Submitted September 12, 2016; decided September 15, 2016

*See* 821 F3d 265.

Motion by Recording Industry Association of America, Inc. for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DIFIORE taking no part.

FLO & EDDIE, INC., a California Corporation, Individually and on Behalf of All Others Similarly Situated, Respondent, v SIRIUS XM RADIO, INC., a Delaware Corporation, Appellant, et al., Defendants.

Submitted September 12, 2016; decided September 15, 2016

*See* 821 F3d 265.

Motion by National Association of Broadcasters for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DIFIORE taking no part.

FLO & EDDIE, INC., a California Corporation, Individually and on Behalf of All Others Similarly Situated, Respondent, v SIRIUS XM RADIO, INC., a Delaware Corporation, Appellant, et al., Defendants.

Submitted September 12, 2016; decided September 15, 2016

*See* 821 F3d 265.

Motion by Association for Recorded Sound Collections for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served within seven days.

Chief Judge DIFIORE taking no part.